OA 91 Criminal Complaint

# United States District Court

**NORTHERN** DISTRICT OF **CAILFORNIA**

UNITED STATES OF AMERICA
V.

ANTONIO PAZ
(a/k/a Victorio Tostado)

**FILED**
OCT 2 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL COMPLAINT

Case Number: **4-07-70634 WDB**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state that the following is true and correct to the best of my knowledge and belief. On or about **August 12, 1998** in **Alameda** County, in the **NORTHERN** District of **CAILFORNIA** defendant(s) did,

(Track Statutory Language of Offense)

willfully and knowingly making any false statement in an application for passport with intent to induce or secure the issuance of a passport under the authority of the United States, either for his own use or the use of another, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws

in violation of Title **18** United States Code, Section(s) **1542**

I further state that I am a(n) **Special Agent** and that this complaint is based on the following facts:

See Attached Affidavit.

Maximum Penalties: 10 years imprisonment; $250,000.00 fine; 3 years supervised release and $100 special assessment.

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Approved As To Form: Bryan R. Whittaker
SAUSA

Cassius Gray, Special Agent, Dept. of State-Diplomatic Security
Name/Signature of Complainant

Sworn to before me and subscribed in my presence,

October 26, 2007
Date

at San Francisco, California
City and State

Edward M. Chen, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

Document No.

District Court
Criminal Case Processing

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Cassius Gray, being duly sworn, depose and state:

### *Affiant Background and Purpose of Affidavit*

1. I am a Special Agent with the Diplomatic Security Service ("DSS"), currently assigned to the San Francisco Field Office. Diplomatic Security Service Special Agents are empowered under Title 22 U.S.C. § 2709 to investigate passport and visa fraud.

2. I have a bachelor's degree in Administration of Justice from Missouri Baptist College and am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program, as well as the Department of State's Criminal Investigator Training Program. I receive on an ongoing basis, training in the laws, rules and regulations concerning passports.

3. This affidavit establishes probable cause to arrest Antonio Paz ("SUBJECT") for False Statement in Application for a Passport, in violation of 18 U.S.C. § 1542. It is alleged that on or about August 12, 1998, the defendant knowingly and willfully made a false statement in an Application for a United States Passport with the intent to secure the issuance of the passport, which was submitted at a United States Post Office in Hayward, California, for his own use.

4. These statements are based upon my personal knowledge, interviews, and the review of various records and documents obtained during this investigation. This affidavit sets forth only those material facts that I believe are necessary to establish probable cause. It does not include each and every fact of this investigation, however, no detail or fact that would potentially negate probable cause has been excluded.

### *Passports in General*

5. The Passport Act of 1926, as amended, was in full force and effect throughout the period of this investigation. This Act, codified in 22 U.S.C. § 211a, authorizes the United States Secretary of State to grant and issue United States passports under rules prescribed by the President and/or other federal laws. Some of these rules are that a person wanting a United States passport must complete and submit an application to the State Department and must submit proof of American citizenship, usually a birth certificate, and proof of identity, usually a driver's license, with their application. Passport applications must also be submitted with two photographs. For adult applicants, the individual submitting the photograph must be the same person submitting the application. Another rule allows officers at United States Post Offices or County Clerk Offices to accept passport applications, and to then forward them to the State Department for processing. Applications by adults submitted by a person not pictured in the accompanying photographs will not be accepted.

***Facts Supporting Probable Cause***

6.  On or about August 12, 1998, an individual purporting to be Victorio Tostado submitted an Application for a United States Passport, number 055392455, at a United States Post Office in Hayward, California ("1998 Passport Application").

7.  On or about January 29, 2007, an individual identifying himself as Victorio Garcia Tostado ("APPLICANT") executed an application for United States Passport, number 059020676, at a United States Post Office in Modesto, California ("2007 Passport Application").

8.  When the APPLICANT submitted the 2007 Passport Application, the Passport Informational Electronic Retrieval System revealed the existence of the 1998 Passport Application. A comparison of the 1998 Passport Application to the 2007 Passport Application showed that they both exhibited the same biographical data for each application. However, the 1998 Passport Application photograph submitted with the application did not in any manner resemble the 2007 Passport Application photograph.

9.  On or about May 16, 2007, I searched Cal-photo database for booking photos on Victorio Tostado. The search revealed that an individual by the name of Antonio Valdez also used an alias of Victorio Tostado and Antonio Paz. Antonio Valdez's booking photograph strongly resembled the photograph from the 1998 Passport Application. A criminal history search also showed that Antonio Paz used multiple aliases—including Victor Tostado.

10. I conducted a further background investigation on Antonio Paz using Autotrack. The results showed that in 1998, Antonio Paz resided at 223 Bunny Court, Hayward, California—the same address used in the 1998 Passport Application. Moreover, the 1998 Passport Application was issued in the name of Victorio Tostado with the address of 223 Bunny Court, Hayward, California. Autotrack also showed that Antonio Paz now resides at 1701 Don Pedro, Ceres, California.

11. A search of the California Department of Motor Vehicles records for individuals residing at 1701 Don Pedro, Ceres, California, revealed that Antonio Paz resides at that address. A photograph from Antonio Paz's driver's license, A8083246, strongly resembles the photograph of individual in 1998 Passport Application.

12. On or about August 3, 2007, Special Agent Miguel Suau and I interviewed the APPLICANT from the 2007 Passport Application at his place of employment in Wesley, California. The APPLICANT matched the photograph from the 2007 Passport Application. I showed the APPLICANT the photo from the 1998 Passport Application which he immediately identified as his brother-in-law Antonio Paz. The APPLICANT stated that his wife Guadalupe Paz Tostado is the SUBJECT's sister. The APPLICANT also stated that he did not know how Antonio Paz obtained his birth certificate. I

concluded the APPLICANT's true identity to be Victorio Tostado who truthfully submitted the 2007 Passport Application in his own name.

**Conclusion**

13. Based on the facts and information detailed in the affidavit, I believe probable exists to conclude that Antonio Paz, violated 18 U.S.C. § 1542, False Statement in Application for a Passport, when he knowingly and willfully made the false statement that his name was Victorio Garcia Tostado in the 1998 Passport Application. As such, I respectfully request a warrant for his arrest.

Under penalty of perjury, I swear that the foregoing is true and correct to the best of my knowledge, information and belief.

CASSIUS GRAY
Special Agent
Diplomatic Security Service
San Francisco Field Office

SUBSCRIBED AND SWORN BEFORE ME
on October 26, 2007

The Honorable Edward M. Chen
United States Magistrate Judge
Northern District of California