AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---

**OFFENSE CHARGED**

VIOLATION: Title 18, United States Code, Section 1028(a)(4) – Unlawful Possession of Identification Documents

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**
Max. Imprisonment One Year; Max. Fine $100,000; Max. Supervised Release One Year; and Mandatory Special Assessment of $25

---

**DEFENDANT - U.S.**

▶ ANTONIO PAZ,

**DISTRICT COURT NUMBER**

CR 07-0755 WDB

FILED NOV 30 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
Dept. of State-Diplomatic Security Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

---

Name and Office of Person Furnishing Information on THIS FORM    **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    BRYAN R. WHITTAKER AUSA

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
☑ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution _____

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

E-filing

1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3
4                                                FILED
5                                                NOV 30 2007
                                                 RICHARD W. WIEKING
6                                                CLERK, U.S. DISTRICT COURT
                                                 NORTHERN DISTRICT OF CALIFORNIA
                                                 OAKLAND CALIFORNIA
7
                     UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                            OAKLAND DIVISION
10
   UNITED STATES OF AMERICA,         )   No. CR07-0755 WDB
11                                   )
          Plaintiff,                 )   VIOLATION: 18 U.S.C. § 1028(a)(4) –
12                                   )   Possession of False Identification With
     v.                              )   Intent To Defraud the United States -
13                                   )   Class A Misdemeanor
                                     )
14 ANTONIO PAZ                       )
   (a/k/a Victorio Tostado),         )   OAKLAND VENUE
15                                   )
          Defendant.                 )
16 _____ )
17
18                        INFORMATION
19 The United States Attorney charges:
20      On or about August 12, 1998, in the Northern District of California, the defendant,
21                            ANTONIO PAZ
                        (a/k/a Victorio Tostado),
22
23 did knowingly possess a false identification document, namely a false birth certificate, not
24 lawfully issued for defendant's use with the intent that such document be used to defraud the
25 United States, in violation of Title 18, United States Code, Sections 1028(a)(4), a Class A
26 ////
27 ////
28 ////

*United States v. Antonio Paz;*
INFORMATION

1  Misdemeanor.

2  DATED:   November 29, 2007

                                                         SCOTT N. SCHOOLS
                                                         United States Attorney

                                                         W. DOUGLAS SPRAGUE
                                                         Chief, Oakland Branch

7  (Approved as to form: _____)
                     SAUSA WHITTAKER

*United States v. Antonio Paz*;
INFORMATION